CHARLES LUIZZA, Appellant, v. DOROTHY LUIZZA, Respondent.—
No opinion. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

IDA MARCO, as Ancillary Administratrix of the Estate of HARRY MARCO, Deceased, a Stockholder in Blue Ridge Corporation, on Behalf of Himself and All Other Stockholders Similarly Situated, and on Behalf of Said Corporation, Respondent, v. ARTHUR SACHS et al., Appellants; BLUE RIDGE CORPORATION et al., Respondents, et al., Defendants.—
No opinion. Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur. [201 Misc. 928.] [See 280 App. Div. 806.]

NORMAN MCGLASHAN, Appellant, v. EBBEN SCHRAMM et al., Respondents.—
No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

LEO OVERLAND, Respondent, v. LE ROY FOODS, INC., Appellant, et al., Defendants.—
No opinion. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN GERSHWIN, Appellant.—
No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALPHONSE J. OSKROBA, Appellant.—
No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RELLA RITCHELL, Appellant.—
No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.